# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| GUY LEONARD, JR, §<br>    TDCJ #2323425, BOP #56768-177, §<br>        Petitioner, §<br> §<br>v. § CIVIL NO. 3:21-CV-342-N-BK<br> §<br>U.S. MARSHALL, §<br>        Respondent. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 10th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE